November 02, 2007

Ms. Debora B. Alsup
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701-4238

Mr. Victor M. Carrera
Law Office of Victor M. Carrera, P.C.
1 Paseo del Prado, 103-B
Edinburg, TX 78539
Honorable Leonel Alejandro
357th District Court
Cameron County Courthouse
974 E Harrison St
Brownsville, TX 78520-7123

RE: Case Number: 04-1129
 Court of Appeals Number: 13-04-00584-CV
 Trial Court Number: 2003-03-1350-E

Style: IN RE PIRELLI TIRE, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |
| |Mr. Wade Caven |
| |Crosnoe |